In re Van Winkle, Patricia; — Defendant(s); applying for supervisory and/or remedial wilts; Parish of Jefferson, 24th Judicial District Court, Div. “O”, No. 91-3400.
Writ granted. The court of appeal is ordered to accept and consider relator’s pro se filing. State v. Melon, 95-2209 (La. 9/22/95), 660 So.2d 466 (“the meaningful access to courts guaranteed by La. Const. art. I, Sections 2, 19 and 22 requires courts to accept and consider post-verdict pro se filings”); see also State v. Schexnayder, 96-0098, p. 24 (La.App. 5th Cir. 11/26/96), 685 So.2d 357, 371.
VICTORY, J., not on panel.